IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BARRY LEE HOYT                                                                                    PLAINTIFF

        v.                         Civil No. 06-5115

DR. NEIL MULLINS;
NURSE SUE McDONALD; and
CAPTAIN HUNTER PETRAY                                                                DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **October 16, 2006**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 31st day of July 2006.

                                                                   /s/ Beverly Stites Jones
                                                                   UNITED STATES MAGISTRATE JUDGE