IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


BARRY LEE HOYT                                                              PLAINTIFF

              v.                      Civil No. 06-5115

DR. NEIL MULLINS;
NURSE SUE McDONALD; and
CAPTAIN HUNTER PETRAY                                                DEFENDANTS


## O R D E R

Defendants have filed a motion for summary judgment (Doc. 12). To assist plaintiff in responding to the summary judgment motion, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the summary judgment motion.

For this reason, Barry Lee Hoyt is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motion on or before **June 11, 2007**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 10th day of May 2007.


/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BARRY LEE HOYT                                                PLAINTIFF

              v.                    Civil No. 06-5115

DR. NEIL MULLINS;
NURSE SUE McDONALD; and
CAPTAIN HUNTER PETRAY                                DEFENDANTS

**<u>RESPONSE TO SUMMARY JUDGMENT MOTION</u>**

TO:  BARRY LEE HOYT

        These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **June 11, 2007.**

        1. You were arrested and booked into the Benton County Detention Center on

December 14, 2004.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

6.

_____

_____

_____

_____

        2. You were booked on charges of assault upon a law enforcement officer, sexual

-2-

assault, and failure to appear.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

6.

_____

_____

_____

_____

3.  Were the pending criminal charges the sole reason you were incarcerated?

Answer:  Yes _____ No _____.

If you answered no, please state if your probation or parole had been revoked or if you

were serving a term of imprisonment.

_____

_____

_____

_____

4.  On December 13, 2004, you signed an inmate telephone system notice.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

1.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

  5.  On December 14, 2004, a warrant had been issued for your arrest on the charge of

failure to appear.

  Agree_____ Disagree_____Without knowledge to agree or disagree_____.

  If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

5.

_____

_____

_____

_____

  6.  On December 16, 2004, Lt. Paul Carter submitted an affidavit of facts constituting

probable cause for arrest.  The affidavit reflects that at or about 12:00 p.m. on December 14,

2004, Deputy Michael Houston was assaulted by you when Houston attempted to arrest you

as ordered by the Benton County Circuit Court.

  Agree_____ Disagree_____Without knowledge to agree or disagree_____.

  If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

2.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

7.  Specifically the probable cause affidavit stated you made a stabbing motion with an ink pen towards Houston's torso, swung at him with your closed fists, and threatened to kill him if he arrested you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 2.

_____

_____

_____

_____

8.  When you were booked in on December 14th, you were given a copy of the Benton County Inmate Rights and Detainee Rules.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages 7-8.

_____

_____

_____

_____

9. A medical questionnaire was completed when you were booked in on December 14th and you indicated you had no health problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-5-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

10.   On January 7, 2005, you were placed in administrative segregation after having problems with inmates in D-149.  It was felt you should be in administrative segregation for your own safety.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

11. On January 7, 2005, you submitted a request stating that you would not fight.  In response, you were told you would remain in administrative segregation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

-6-

_____

_____

_____

12.  On February 5, 2005, you submitted a medical request for "anti-cream."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

_____

_____

_____

_____

13(A).  You were seen by Nurse McDonald on February 8th and given hydrocortisone

cream to be applied to your heels for three nights.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

21.

_____

_____

_____

_____

(B).  You received the prescribed hydrocortisone cream.

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 24.

_____

_____

_____

_____

14.  On March 31, 2005, you submitted a medical request asking to be checked for diabetes.  You indicated that prior to your incarceration you had been a borderline diabetic.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 3.

_____

_____

_____

_____

15.  You were seen by Nurse McDonald on April 1st.  She noted you had no symptoms of diabetes.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 21.

_____

_____

_____

_____

16.  Nurse McDonald noted that you had "flat affect. Confusion noted on questioning.

Doesn't know what diabetes is as a disease."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

21.

_____

_____

_____

_____

17.  On April 2, 2005, you were ordered to the back of your cell by Deputy Barrett

and Deputy Buth, placed on the floor, handcuffed, and then escorted out of the pod.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 4 at page

2.

_____

_____

_____

_____

18.  You were charged with disobeying the order of a deputy and given ten days lock-

down with loss of privileges.  You appealed and Lt. Carter affirmed the decision.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

4.

_____

_____

_____

_____

19.   You brought a civil rights case contending the deputies had used excessive force

against you on April 2, 2005, *Hoyt v. Buth*, civil no. 05-5079.  Judgment was entered in the

defendants' favor in that case.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

20.  On April 3, 2005, you submitted a request for medical attention stating you had

been beaten and your head, foot, ear, and back were hurting.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

4.

-10-

_____

_____

_____

_____

21(A).  You were seen by Dr. Mullins on April 4th.  Dr. Mullins noted you reported being beaten by deputies but did not give any details.  He noted that you had a small bruise on left third toe but it was not swollen and did not appear to have a fracture.  With respect to your back examination, he noted your straight leg raising test was negative.  He concluded your back pain was questionable.  Dr. Mullins prescribed Ibuprofen 600 m.g., twice a day, for five days.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

(B).  You received the prescribed Ibuprofen.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 26.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

22.  On April 12, 2005, you submitted a medical request stating you were still hurting from being beaten.  You stated you needed to see the doctor to get something for the pain.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 6.

_____

_____

_____

_____

23(A).  You were seen by Dr. Mullins on April 14th and he prescribed Ibuprofen for five more days.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 21.

_____

_____

_____

_____

(B).  You received the prescribed Ibuprofen.

-12-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 25.

_____

_____

_____

_____

24.  On June 13, 2005, you asked to see the doctor about your medication.  You indicated Ozark Guidance Center had been given you satarat, wellbutrin and desatoin.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 7.

_____

_____

_____

_____

25.  You were seen by Dr. Mullins on June 14th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 21.

_____

_____

-13-

_____

_____

     26(A).  What treatment did you receive by Dr. Mullins on June 14th?

     Answer:

_____

_____

_____

_____

     (B).  From July 19th to August 15th you received Strattera and Wellbutrin.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at pages

27-28.

_____

_____

_____

_____

     (C).  Please state:  (a) who prescribed the Strattera and Wellbutrin; and (b) who

discontinued the Stattera and Wellbutrin.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

27.   You were seen by Dr. Mullins on November 17, 2005, because you were

complaining of pain in your lower back.  You reported no history of a motor vehicle accident

or other trauma.  Dr. Mullins noted that your straight leg raising test was "absolutely

negative."  He concluded you had questionable back pain.  He prescribed Ibuprofen, 600

m.g., twice a day, for four days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

8.

_____

_____

_____

_____

28.   You were seen by Dr. Mullins again on November 29th for complaints of back

pain.  Examination revealed a negative straight leg raising test.  You reported that you had

been beaten in April.  Dr. Mullins noted no bruises or contusions on your back.  Dr. Mullins

concluded you had no serious problem with your back.  He stated he saw no pathology and he

-15-

prescribed no medicine.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

9.

_____

_____

_____

_____

29.  Dr. Mullins saw you on December 14th for complaints that your feet hurt.  Upon

examination, Dr. Mullins noted no swelling in your feet, no erythema, no contusion, and no

bruises.  Dr. Mullins noted you were no longer voicing complaints of back pain.  You told

Dr. Mullins that you had to sit down and rub your feet before you got up.  Dr. Mullins told

you it was probably a good thing to keep doing that.  Dr. Mullins observed no serious

pathology.  He prescribed Ibuprofen, 600 m.g., twice a day, for four days.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

10.

_____

_____

_____

_____

30.  On January 30, 2006, you submitted a medical request because you were in pain.

-16-

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

11.

_____

_____

_____

_____

31. On January 30, 2006, you submitted a medical request because of an irritating itch

of your skin and hair.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining please refer to Defendants' Exhibit 2 at page

12.

_____

_____

_____

_____

32.  You were seen by Nurse McDonald on February 1, 2006, and advised to use soap

every other day since it was causing your skin to itch.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

22.

_____

-17-

_____

_____

_____

33.  On March 10, 2006, you submitted a medical complaint about dry elbows.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

13.

_____

_____

_____

34.  You were seen by Nurse McDonald in response to this request.  She noted that

you wanted a copy of your medical records.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

35.  On April 12, 2005, you submitted a medical request noting that you were sick and

your teeth were bothering you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

14.

_____

_____

_____

_____

36.  You were seen by Nurse McDonald that day and she recommended that you

gargle with salt water for four days and take Ibuprofen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

37.  On April 19, 2006, you submitted a medical request stating that you were really

sick, hurting, and felt like throwing up.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

15.

_____

_____

_____

_____

-19-

38.   You were seen by Nurse McDonald on April 21st and you told her you were feeling better.  She prescribed Ibuprofen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

39.   On July 11, 2006, you submitted a grievance stating that you had put in a medical request two and a half weeks ago about an irritation of your skin and pain and had not seen the nurse yet.  In response, Captain Petray said your request would be forwarded to the medical.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page 15.

_____

_____

_____

_____

40.   You were treated by Nurse McDonald on July 14th and she prescribed hydrocortisone cream.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-20-

If you disagree, explain.

_____

_____

_____

_____

    41.  On July 14, 2006, you submitted a medical request asking to be on bed rest because you had been throwing up a lot.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 17.

_____

_____

_____

_____

    42.  On July 26, 2006, you were seen by Dr. Mullins because of your complaints of stomach pain.  Dr. Mullins noted you had acute abdominal pain–etiology uncertain.  He prescribed Augmentin, Reglan, and a clear liquid diet.  You were put on bed rest for the day.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 16.

_____

_____

_____

_____

43.  You received the prescribed medication.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit  2 at page

30.

_____

_____

_____

_____

44.  On July 27th, you asked if you could be taken off the liquid diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

18.

_____

_____

_____

_____

45.  Were you taken off the liquid diet in response to your request?

Answer:  Yes _____ No _____.

If you answered no, please explain what response you received and how long you

remained on the liquid diet.

-22-

_____

_____

_____

_____

46. On August 2, 2006, you asked to see the nurse due to "rawness in your area from diarrhea."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 19.

_____

_____

_____

_____

47(A).  You were seen by Dr. Mullins that day.  He examined your rectum and did not see any rash or irritation.  He also noted you had gained four pounds since he had seen you on July 26th.  He concluded you had a questionable irritation of your skin on the rectum and prescribed Triamcinolone ointment, twice a day, for three days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 20.

_____

_____

-23-

_____

_____

(B).  You received the Triamcinolone ointment.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

29.

_____

_____

_____

_____

48.  You received all medical care Nurse McDonald and Dr. Mullins believed in the

exercise of their medical judgment you should receive.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

49.  All decisions regarding your medical care were made by Dr. Mullins or Nurse

McDonald.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

-24-

_____

_____

_____

_____

50.  Captain Petray was not personally involved in making any decisions regarding

your medical care.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, be specific.

_____

_____

_____

_____

51.  Do you contend a policy or custom of Benton County caused you to be denied

adequate medical care?

Answer:  Yes _____ No _____.

If you answered yes, please describe in detail the policy or custom and how it

operated to deprive you of adequate medical care.

_____

_____

_____

_____

_____

-25-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

52.  Under section 1983, a defendant may be sued in his or her official capacity, in their individual capacity, or in both capacities.  An individual capacity suit is one which seeks to impose personal liability on the named defendant.  An official capacity suit is the equivalent of a suit against the governmental entity that employs the defendant.  In official capacity cases, the plaintiff must show the existence of a custom, policy, or widespread practice that has resulted in the constitutional violation.  Did you intend to sue the named defendants in their individual capacities, their official capacities, or in both capacities?

Answer:

_____

_____

_____

-26-

_____

53.  Did you suffer any physical injury as a result of a delay in your receiving medical care while you were at the BCDC?

Answer:  Yes _____ No _____.

If you answered yes, please describe:  (a) the physical injury you suffered; (b) the symptoms you experienced; (c) the severity of those symptoms; (d) whether you sought, or received, medical care as a result of the physical injury; and (e) how long it took you to recover from the injury.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-27-

_____

_____

54.  Dr. Mullins did not ignore an acute or escalating situation with respect to your health.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, be specific.

_____

_____

_____

_____

_____

_____

_____

_____

55.  Nurse McDonald did not ignore an acute or escalating situation with respect to your health.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, be specific.

_____

_____

_____

_____

-28-

_____

_____

_____

_____

     56.  You were seen by Nurse McDonald and Dr. Mullins on multiple occasions during

your incarceration at the BCDC.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.   In explaining, be specific.

_____

_____

_____

_____

     57.  You received all medication prescribed by Nurse McDonald or Dr. Mullins.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.   In explaining, be specific.

_____

_____

_____

_____

     Detail below any further response you would like to make to defendants' summary

judgment motions.  If you have any exhibits you would like the court to consider, you may

attach them to this response.

-29-

-30-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

     EXECUTED ON THIS _____ DAY OF _____ 2007.


                                        _____

                                            BARRY LEE HOYT

AO72A
(Rev. 8/82)