```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**BARRY LEE HOYT**                                                **PLAINTIFF**

        v.        Civil No. 06-5115

**DR. NEIL MULLINS;**
**NURSE SUE McDONALD; and**
**CAPTAIN HUNTER PETRAY**                                        **DEFENDANTS**

### O R D E R

Now on this 12th day of September, 2007, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #18), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's Complaint will be construed as asserting claims against defendants only in their individual capacities, **Defendants' Motion For Summary Judgment** is **granted**, and this case is **dismissed with prejudice**.

IT IS SO ORDERED.

                                           /s/ Jimm Larry Hendren
                                           JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE